UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA MESQUITE-CONWAY,<br><br>Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY; and SUTTER HEALTH EMPLOYEE HEALTH AND WELFARE BENEFIT PLAN,<br><br>Defendants. | Case No: C12-04134 PJH<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

**O R D E R**

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: 6/27/13

_____
HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE